UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Darlene Cannon v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 12-cv-11014-DRH |
| *Rebecca Fein v. Bayer Corporation, et al.* | No. 10-cv-13044-DRH |
| *Kristina Kohler v. Bayer Corporation, et al.* | No. 11-cv-10394-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 13, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
       Deputy Clerk

**Dated:**  March 14, 2014

Digitally signed by David R. Herndon
Date: 2014.03.14 12:28:59 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**